to be argued or submitted on February 19, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STREET & FINNEY, INC., v. DENMAN-MYERS CORD TIRE COMPANY.— Motion granted upon condition that appeals be argued or submitted on February 19, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EUGENE N. LOWE, Individually and as Executor, etc., v. PLAINFIELD TRUST COMPANY OF PLAINFIELD, N. J., as Executor and Trustee, etc.— Preference granted for March 2, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLOTTE BUCH v. ADOLPH KLEIN, as Executor, etc.— Preference granted for February 16, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Proceedings for Voluntary Dissolution of A. W. FRIEND & CO., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NORMAN S. RIESENFELD v. JOSEPH F. A. O'DONNELL.— Motion granted on condition that appeal be promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABRAHAM H. BEHREN v. GEORGE A. CARDEN and Others, Impleaded with EDWARD W. CLUCAS and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSS HARDEN v. FREDERICK W. INGALLS.— Motion denied, with ten dollars costs, and stay modified as indicated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JENNIE A. HUTTON v. THE CITY OF NEW YORK.— Preference granted for February 16, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KINGDON GOULD and Others, as Executors, etc., v. KINGDON GOULD and Others, as Executors, etc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KINGDON GOULD and Others, as Executors, etc., v. KINGDON GOULD and Others, as Executors, etc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of the BOARD OF TRANSPORTATION, in the Matter of Fifty-third Street and East River Route, Eighth Avenue to Center Line of East Channel.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DOROTHY AUERBACH, Appellant, v. "JANE" STEINHARDT and Others, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SYDNEY F. JONES and Others, Respondents, v. OBCANSKA ZALOZNA V KARLINE, Appellent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES H. McKINNEY, Appellant, v. HENRY A. HITNER'S SONS COMPANY, Respondent, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissents.

LEAVITT J. HUNT and Another, as Executors, etc., of JOSEPH HOWLAND HUNT,